**EXHIBIT 10**

```
Queried: P30228667
06/18/15 | 11:25:11.45 | LGWPPO | notice because irreparable injury, loss, or damage will result from
48567
A LGWPPO 48567 3041 06/18/15 1125 SCSHCOMP.
MI7467600
LEIN PPO DATABASE RESPONSE
RE:
PNO:P30228667
FOR:WESCH/PHPD
OPR:TCONGER



NAM:SCOTT/JOSEPH/WILLIAM/      DOB:07/03/1954
RAC:WHITE  ETN:-   SEX:MALE  HGT:509  WGT:300
HAI:BROWN   EYE:BROWN   OLN:S300-441-887-526   OLS:MI
ADD:2405 15TH AV   PORT HURON   MI   48060
PERSONAL PROTECTION ORDER SERVED.

PROHIBITED FROM PURCHASING A PISTOL OR
OBTAINING A LICENSE TO CARRY A PISTOL CONCEALED.


INJUNCTIVE ORDER
"DOMESTIC PERSONAL PROTECTION ORDER" ISSUED PURSUANT TO ACT 402, P.A. 1994.
DO NOT ARREST UNLESS A VIOLATION OF INJUNCTIVE ORDER HAS BEEN VERIFIED.
CONTACT ORI FOR SPECIFIC CONTENT OF ORDER (MCL 600.2950).

INJUNCTIVE ORDER EXP - 06/18/2013
PROTECTED PERSON:SCOTT/CORALEE/ANN/
OCA:12-056275R   DOW:06/18/2012
COURTORI:MI740015J-CT   31ST CIR CT PT HURON   CRTDOCKETNO:B12-1487PP
PICKUP:  WILL NOT

REMARKS:PER ORDER SGINED ON 06/18/12 THE PPO SHOULD HAVE EXPIRED ON 12/18/12
OPR:KTACKABERRY

CONDITIONS:
1  - This order is entered WITHOUT a hearing.
2  - A petition requested respondent be prohibited from entry onto the premises,
     and either the parties be married, petitioner has property interest
     in the premises, or respondent does not have a property interest in
     the premises.
3  - Petitioner requested an ex parte order which should be entered without
     notice because irreparable injury, loss, or damage will result from
     the delay required to give notice or notice itself will precipitate
     adverse action before the order can be issued.
4  - Respondent poses a credible threat to the physical safety of the petitioner
     and/or a child of the petitioner.
5  - Petitioner and respondent have a domestic relationship other than
     dating.
6  - SCOTT/JOSEPH/WILLIAM/ is prohibited from:
  6A - Entering onto property where petitioner lives.
  6C - Assaulting, attacking, beating, molesting, or wounding
       SCOTT/CORALEE/ANN/
  6E - Stalking as defined under MCL 750.411h and MCL 750.411i which includes
       but is not limited to:
    6E1 - Following petitioner or appearing within his/her
          sight.
    6E2 - Appearing at petitioner's workplace or residence.
    6E3 - Sending mail/other communications to petitioner.
    6E4 - Contacting petitioner by telephone.
```

```
    6E5 - Approaching or confronting petitioner in a public place or
          on private property.
    6E6 - Entering onto or remaining on property owned, leased, or occupied
          by petitioner.
    6E7 - Placing an object on or delivering an object to property owned,
          leased, or occupied by petitioner.
    6F  - Interfering with petitioner's efforts to remove his/her children/personal
          property from premises solely owned/leased by respondent.
    6G  - Threatening to kill or physically injure SCOTT/CORALEE/ANN/
    6H  - Interfering with petitioner at his/her place of employment or education
          or engaging in conduct that impairs his/her employment or educational
          relationship or environment.
    6J  - Purchasing or possessing a firearm.
7   - Violation of this order subjects respondent to immediate arrest and
      to the civil and criminal contempt powers of the court. If found guilty,
      respondent shall be imprisoned for not more than 93 days and may be
      fined not more than $500.00.
8   - This order is effective when signed, enforceable immediately, and remains
      in effect until 06/18/2013. This order is enforceable anywhere in
      this state by any law enforcement agency when signed by a judge, and
      upon service, may also be enforced by another state, an Indian tribe,
      or a territory of the United States. If respondent violates this order
      in a jurisdiction other than this state, respondent is subject to
      enforcement and penalties of the state, Indian tribe, or United States
      territory under whose jurisdiction the violation occurred.
9   - The court shall file this order with MI7417400 who will enter it into
      the LEIN.
10  - Respondent may file a motion to modify or terminate this order. For
      ex parte orders, the motion must be filed within 14 days after being
      served with or receiving actual notice of the order. Forms and instructions
      are available from the clerk of court.
11  - A motion to extend the order must be filled 3 days before the expiration
      date in item 8 or else a new petition must be filed.

ENTERED LEIN AND FORWARDED TO NCIC:06/18/2012 1718 HRS
**CANCELLED 06/03/2013 1604 HRS
MODIFIED 07/01/2012 2104 HRS
NIC:H008674735
SYSIDNO:P30228667
    CONFIRM SPECIFIC CONTENT OF ORDER WITH MI7417400-SO  ST CLAIR CO


END OF PPO MESSAGE


*** END OF RECORDS ***
```