# EXHIBIT 3

CAD Operations Report                                                           Page 1 of 2

### Call Detail Information

| Call Number | OCA Number | Class | Taker | Pos | Call Owner | Status | Date-Time-Received | Inj |
|---|---|---|---|---|---|---|---|---|
| 13-050059 | 13-002121 | L | sctallmadge | 2 | no data | C | 2013-05-30 10:11:03 | 0 |

| Complaint | Ten Code | Priority | ESN | Disp Zone | IRA | How Received |
|---|---|---|---|---|---|---|
| Traffic Stop | no data | 3 | no data | no data | no data | Radio |

Incident Location: FORT // MC MORRAN BLVD
Apart/Suite: no data    Floor/Bldg: no data    Incident City: PORT HURON

| Caller Name | Fire Run Zone | Fire Grade | EMS Run Zone | Telephone | Jurisdiction |
|---|---|---|---|---|---|
| no data | no data | no data | no data | no data | SCCSD |

Tract: no data    Weapons: no data

☐ Images  ☐ BOLO  ☐ Warrant  ☑ Medical  ☐ Hazard  ☐ Fire Plan  ☐ Previous

| CallRec'd | Xmit | Dispatch | Enroute | OnScene | Departed | Arrived | Comp | AlarmCode | Unit |
|---|---|---|---|---|---|---|---|---|---|
| 10:11:03 | 10:11:03 | 10:11:03 | 10:11:03 | 10:11:03 | 10:43:11 | 10:51:17 | 12:54:47 | no data | PH12 |

Narrative...

[05/30/2013 10:43:28 : pos2 : sctallmadge]
SUBJECT NOW HAVING ASTMHA ATTACK

[05/30/2013 10:28:16 : pos2 : sctallmadge]
NAM:SCOTT/JOSEPH/WILLIAM/ DOB:07/03/1954
RAC:WHITE SEX:MALE HGT:509 WGT:300
HAI:BROWN EYE:BROWN OLN:S300-441-887-526 OLS:MI
ADD:2405 15TH AV PORT HURON MI 48060
PERSONAL PROTECTION ORDER SERVED.

PROHIBITED FROM PURCHASING A PISTOL OR
OBTAINING A LICENSE TO CARRY A PISTOL CONCEALED.

INJUNCTIVE ORDER
"DOMESTIC PERSONAL PROTECTION ORDER" ISSUED PURSUANT TO ACT 402, P.A. 1994.
DO NOT ARREST UNLESS A VIOLATION OF INJUNCTIVE ORDER HAS BEEN VERIFIED.
CONTACT ORI FOR SPECIFIC CONTENT OF ORDER (MCL 600.2950).

INJUNCTIVE ORDER EXP - 06/18/2013
PROTECTED PERSON:SCOTT/CORALEE/ANN/
OCA:12-056275R DOW:06/18/2012
COURTORI:MI740015J-CT 31ST CIR CT PT HURON CRTDOCKETNO:B12-1487PP
PICKUP: WILL NOT

[05/30/2013 10:26:43 : pos2 : sctallmadge]
GOOD STATUS -- ONE IN CUSTODY

[05/30/2013 10:19:13 : pos2 : sctallmadge]
PROTECTED PERSON ON PPO IS IN CAR WITH SUBJECT

Press Release Notes
no data

Location Comment
no data

### Department Numbers

| Department | Dept Number | Unit ID |
|---|---|---|
| PHPD | 13-13275 | PH12 |

### Department/RMS OCA Numbers

| Department | OCA Number | RMS Jurisdiction |
|---|---|---|
| PHPD | 13-002121 | MI7467600 |

### Call Log

| Unit | Status | Date - Time | Dept | Type | Comments | Officers | Odometer |
|---|---|---|---|---|---|---|---|
| PH13 | ONS | 2013-05-30 10:21:53 | PHPD | POL | FORT // MC MORRAN BLVD, PORT HURON | BCOLEMAN | 0 |
| PH17 | REM | 2013-05-30 10:18:59 | PHPD | POL | REM | TRUMLEY | 0 |
| PH17 | ENR | 2013-05-30 10:18:35 | PHPD | POL | FORT // MC MORRAN BLVD, PORT HURON | TRUMLEY | 0 |
| PH13 | ENR | 2013-05-30 | PHPD | POL | FORT // MC MORRAN BLVD, | BCOLEMAN | 0 |

CAD Operations Report                                                                                         Page 2 of 2

| Unit | | Date/Time | | Dept | Location | Officer | |
|---|---|---|---|---|---|---|---|
| PH12 | ONS | 2013-05-30 10:18:32 | | PHPD POL | FORT // MC MORRAN BLVD, PORT HURON | GPECZENIUK | 0 |
| PH12 | COM | 2013-05-30 10:11:03 | | PHPD POL | PORT HURON COM | GPECZENIUK | 0 |
| PH12 | LEF | 2013-05-30 12:49:54 | | PHPD POL | W/1 , JAIL , PORT HURON | GPECZENIUK | 0 |
| PH17 | REM | 2013-05-30 12:22:51 | | PHPD POL | REM | TRUMLEY | 0 |
| PH17 | LEF | 2013-05-30 12:19:25 | | PHPD POL | Left Scene, MERCY HOSP, PORT HURON | TRUMLEY | 0 |
| PH17 | ARR | 2013-05-30 10:51:33 | | PHPD POL | Assigned to 13-050059, MERCY HOSP, PORT HURON | TRUMLEY | 0 |
| PH17 | ENR | 2013-05-30 10:51:27 | | PHPD POL | FORT // MC MORRAN BLVD, PORT HURON | TRUMLEY | 0 |
| PH12 | ARR | 2013-05-30 10:51:21 | | PHPD POL | Clear Timeout, MERCY HOSP, PORT HURON | GPECZENIUK | 0 |
| PH12 | LEF | 2013-05-30 10:51:17 | | PHPD POL | Left Scene, MERCY HOSP, PORT HURON | GPECZENIUK | 0 |
| PH13 | REM | 2013-05-30 10:43:11 | | PHPD POL | REM | BCOLEMAN | 0 |
|      |     | 2013-05-30 10:31:49 | | | | | |

| Unit | Dept | DIS | ENR | ONS | LEF | ARR | BUS | REM | COM |
|---|---|---|---|---|---|---|---|---|---|
| PH12 | PHPD | no data | no data | 10:11:03 | 10:43:11 | 10:51:17 | no data | no data | 12:49:54 |
| PH13 | PHPD | no data | 10:18:32 | 10:21:53 | no data | no data | no data | 10:31:49 | no data |
| PH17 | PHPD | no data | 10:18:35 | no data | 10:51:33 | 10:51:27 | no data | 12:19:25 | no data |

**Call Persons**

| Category | Last | First | Middle | Suffix | Race | Sex | Ethnic | Hgt | Wgt | Age | DOB | OLN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Description | | | | | | | | |
| Suspect | SCOTT | JOSEPH | WILLIAM | no data | U | M | ~ | 509 | 185 | 58 | 7/3/1954 | S300441887526 |
| | | | | no data | | | | | | | | |

**Call Vehicles**

| Year | Make | Model | VIN | Plate | Color | Towed | BOLO |
|---|---|---|---|---|---|---|---|
| Comments | | | Owner | | | | |
| 1994 | FORD | no data | 1FALP57U5RG259530 | CMD4696 | WHI | ☐ | ☐ |
| 2405 15TH AV | | | CORALEE ANN SCOTT | | | | |

**St Clair County Central Dispatch**

Call Number: 12-056275
Printed: 06/18/2015 11:28 AM

## Call Log

| Unit | Status | Date - Time | Dept | Type | Comments | Officers | Odo |
|---|---|---|---|---|---|---|---|
| DSP06 | DIS | 6/18/2012 17:09:25 | DISP | SHE | 201 MC MORRAN BLVD, PORT HURON COM | JTHOMPSON | 0.0 |
| DSP06 | COM | 6/18/2012 17:46:50 | DISP | SHE | | JTHOMPSON | 0.0 |

| Unit | Dept | DIS | ENR | ONS | LEF | ARR | BUS | REM | COM |
|---|---|---|---|---|---|---|---|---|---|
| DSP06 | DISP | 17:09:25 | | | | | | | 17:46:50 |

## Call Persons

| Category | Last Name | First Name | Middle Name | Suffix | Crim Hist | RMS Alerts |
|---|---|---|---|---|---|---|
| | SCOTT | JOSEPH | WILLIAM | | | |

Race | Sex | Ethnic | Height | Weight | Age | DOB | OLN
U | M | | | | 0 | 7/3/1954 |

Clothing | Demeanor
Relationship | Hair Color | Eye Clr | Complexion
Business Name |
Location | Description |
Apt/Ste | Flr/Bld | City | ST | ZIP | Phone
| | | MI | |

## Call Subject Statistics

Question | Answer

## Call References

Reference_Type | Reference | Related_Calls